# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**CARMEN MILAGROS RIOS NEGRON**<br>aka CARMEN M RIOS NEGRON<br><br>xxx–xx–3627<br><br>Debtor(s) | Case No. **23–00501 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/9/24 |

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 6/13/24 (docket entry #80). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, July 9, 2024 .

*Edward A. Godoy*
United States Bankruptcy Judge